# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**                          **September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On: April 17, 2025** [2111596]

J.G.G., et al.,

         Appellees

         v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

         Appellants

## **O R D E R**

The notice of appeal was filed on April 16, 2025, and docketed in this court on April 17, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 19, 2025 |
| Docketing Statement Form | May 19, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 19, 2025 |
| Procedural Motions, if any | May 19, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 19, 2025 |
| Statement of Issues to be Raised | May 19, 2025 |
| Transcript Status Report | May 19, 2025 |
| Underlying Decision from Which Appeal Arises | May 19, 2025 |
| Dispositive Motions, if any | June 2, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**                                              **September Term, 2024**

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 19, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 19, 2025 |
| Procedural Motions, if any | May 19, 2025 |
| Dispositive Motions, if any | June 2, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                     BY:    /s/
                             Scott H. Atchue
                             Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

    [Civil Docketing Statement Form](#)
    [Entry of Appearance Form](#)
    [Transcript Status Report Form](#)
    [Request to Enter Appellate Mediation Program (Optional)](#)
    [Notice Concerning Expedition of Appeals and Petitions for Review](#)
    [Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)