IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| J.G.G., *et al.*, | ) |
| | ) |
| Plaintiffs-Appellees, | ) |
| | ) |
| v. | ) No. 25-5124 |
| | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| | ) |
| Defendants-Appellants. | ) |

ATTACHMENT A:

ORDER [DOCKET ENTRY 80]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**J.G.G.,** *et al.*,

    **Plaintiffs,**

    v.

**DONALD J. TRUMP,** *et al.*,

    **Defendants.**

Civil Action No. 25-766 (JEB)

## ORDER

Given the finding of probable cause for contempt set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. If Defendants opt to purge their contempt, they shall file by April 23, 2025, a declaration explaining the steps they have taken and will take to do so; and

2. If Defendants opt not to purge their contempt, they shall instead file by April 23, 2025, declaration(s) identifying the individual(s) who, with knowledge of the Court's classwide Temporary Restraining Order, made the decision not to halt the transfer of class members out of U.S. custody on March 15 and 16, 2025.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: April 16, 2025