## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANDMARK LEGAL FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENVIRONMENTAL PROTECTION ) <br> AGENCY, ) <br> ) <br> Defendant. ) | Civil Action No. 00-2338 (RWR) |

**RECEIVED JAN ~~8~~ 2001**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FILED JAN 19 2001**
Clerk, U.S. District Court
District of Columbia

### ~~PROPOSED~~ ORDER

Before the court is Plaintiff's Motion for Preliminary Injunction. Having considered Plaintiff's motion, *the opposition thereto,* and for good cause shown therein, the Court will grant the motion.

Accordingly, it is, this *19th* day of January 2001, hereby

**ORDERED** that Landmark Legal Foundation's application for preliminary injunction relief is **GRANTED**; it is further

**ORDERED** that Environmental Protection Agency *and its agents and employees* ~~is~~ enjoined from transporting, removing or in any way tampering with information potentially responsive to Landmark Legal Foundation's September 7, 2000 Freedom of Information Act request, *pending further order, for the reasons stated on the record in open court.*

*Royce C. Lamberth*
~~Richard W. Roberts~~
United States District Judge

15