Oral Argument Not Yet Scheduled

No. 25-5124

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

J.G.G., et al.,
Plaintiffs-Appellees,
v.
DONALD J. TRUMP, in his official capacity as President of the
United States, et al.,
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
No. 1:25-cv-00766
The Hon. James E. Boasberg

**CORRECTED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE LANDMARK LEGAL FOUNDATION IN SUPPORT OF DEFENDANTS-APPELLANTS**

Richard P. Hutchison
Landmark Legal Foundation
Counsel of Record
3100 Broadway, Suite 1210
Kansas City, MO 64111
Tel: (816) 931-5559
Email: pete.hutch@landmarklegal.org

Michael J. O'Neill
Matthew C. Forys
Landmark Legal Foundation
19415 Deerfield Ave., Suite 312
Leesburg, VA 20176
Tel: (703) 554-6105
Email: mike@landmarklegal.org
　　　　matt@landmarklegal.org

*Counsel for Amicus Curiae*

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, proposed Amicus Curiae Landmark Legal Foundation hereby moves the Court for leave to file the attached brief in support of Defendants-Appellants' Emergency Motion For A Stay Pending Appeal Or, In the Alternative, A Writ Of Mandamus.

Counsel for Amicus Curiae informed counsel of record, via email, of its intent to file this brief on April 22, 2025.  Counsel requested the parties' consent for filing at approximately 11 am Eastern Time on April 23, 2025.  As of 5 pm Eastern Time on April 23, 2025, neither party had objected nor consented.

Amicus Curiae respectfully submits that its brief will assist the Court in providing factual context underlying a district court's decision to not hold a high ranking government official in civil contempt.  Defendants-Appellants rely on *Landmark Legal Fdn. v. EPA*, 272 F. Supp. 2d 70 (D.D.C. 2003) as controlling precedent that defendants are under no "judicial compulsion" to comply with injunctive relief *until that relief is recorded in writing*.  Def. Appl. Emergency Motion For Stay at 17 (emphasis added).  As the Plaintiff in *Landmark Legal Fdn. v. EPA*, Amicus's proposed brief provides important factual context as well as a hearing transcript that will aid the Court in its consideration of Defendants-Appellants' motion.

For these reasons, the proposed Amicus urges the Court to grant this motion for leave to file the attached brief.

Dated:      April 23, 2025				Respectfully submitted,

*/s/ Richard P. Hutchison*
Richard P. Hutchison
Counsel of Record
Landmark Legal Foundation
3100 Broadway, Suite 1210
Kansas City, MO 64111
(816) 931-5559
Email: pete.hutch@landmarklegal.org

Michael J. O'Neill
Matthew C. Forys
Landmark Legal Foundation
19415 Deerfield Ave., Suite 312
Leesburg, VA 20176
(703) 554-6100

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished using the CM/ECF system.

Dated: April 23, 2025                                               */s/Richard P. Hutchison*
                                                                    Richard. P. Hutchison