01-18-2001 11:33am From-LANDMARK LEGAL FOUNDATION 8169311115 T-721 P.031/031 F-361

Case 1:00-cv-02338-RCL    Document 15    Filed 01/19/01    Page 1 of 1
USCA Case #25-5124    Document #2112453    Filed: 04/23/2025    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

LANDMARK LEGAL FOUNDATION, )
                          )
            Plaintiff,    )
                          )
      v.                  )
                          )   Civil Action No. 00-2338 (RWR)
                          )
ENVIRONMENTAL PROTECTION  )
AGENCY,                   )
                          )
            Defendant.    )

RECEIVED JAN ~~8~~ 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
JAN 19 2001
Clerk, U.S. District Court
District of Columbia

~~PROPOSED~~ ORDER

Before the court is Plaintiff's Motion for Preliminary Injunction. Having considered Plaintiff's motion, the opposition thereto, and for good cause shown therein, the Court will grant the motion.

Accordingly, it is, this 19th day of January 2001, hereby

**ORDERED** that Landmark Legal Foundation's application for preliminary injunction relief is **GRANTED**; it is further

**ORDERED** that Environmental Protection Agency and its agents and employees ~~is~~ enjoined from transporting, removing or in any way tampering with information potentially responsive to Landmark Legal Foundation's September 7, 2000 Freedom of Information Act request, pending further order, for the reasons stated on the record in open court.

Royce C. Lamberth
~~Richard W. Roberts~~
United States District Judge

15