# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LANDMARK LEGAL FOUNDATION, )
)
    Plaintiff, )
)
v. )
) Civil Action No. 00-2338 (RWR)
)
ENVIRONMENTAL PROTECTION )
AGENCY, )
)
    Defendant. )

**RECEIVED JAN -8 2001** [crossed out]
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FILED JAN 19 2001**
Clerk, U.S. District Court
District of Columbia

## ~~PROPOSED~~ ORDER

Before the court is Plaintiff's Motion for Preliminary Injunction. Having considered Plaintiff's motion, *the opposition thereto,* and for good cause shown therein, the Court will grant the motion.

Accordingly, it is, this 19th day of January 2001, hereby

**ORDERED** that Landmark Legal Foundation's application for preliminary injunction relief is **GRANTED**; it is further

**ORDERED** that Environmental Protection Agency *and its agents and employees* ~~is~~ enjoined from transporting, removing or in any way tampering with information potentially responsive to Landmark Legal Foundation's September 7, 2000 Freedom of Information Act request, *pending further order, for the reasons stated on the record in open court.*

                                                      Royce C. Lamberth
                                                    ~~Richard W. Roberts~~
                                                    United States District Judge

15