Oral Argument Not Yet Scheduled

No. 25-5124

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

J.G.G., et al.,
Plaintiffs-Appellees,
v.
DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
No. 1:25-cv-00766
The Hon. James E. Boasberg

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

Richard P. Hutchison
Landmark Legal Foundation
Counsel of Record
3100 Broadway, Suite 1210
Kansas City, MO 64111
Tel: (816) 931-5559
Email: pete.hutch@landmarklegal.org

Michael J. O'Neill
Matthew C. Forys
Landmark Legal Foundation
19415 Deerfield Ave., Suite 312
Leesburg, VA 20176
Tel: (703) 554-6105
Email: mike@landmarklegal.org
　　　　matt@landmarklegal.org

*Counsel for Amicus Curiae*

1. The foregoing motion complies with the word limits of Fed. R. App. P. 32(g)(1) and Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Fed. R. App. P. 27(d)(2), the word count feature in Microsoft Word 365 reports that this document contains 232 words.

2. The foregoing motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman, size 14 font.

Dated: April 24, 2025

*/s/Richard. P. Hutchison*
Richard. P. Hutchison
Attorney for Amicus Curiae