[ORAL ARGUMENT NOT YET SCHEDULED]
No. 25-5124

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

J.G.G., *et al.*,

*Plaintiffs–Appellees,*

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*,

*Defendants–Appellants*.

On Appeal from the United States District Court
for the District of Columbia
No. 1:25-cv-00766
The Hon. James E. Boasberg

## JOINT MOTION TO GOVERN FURTHER PROCEEDINGS

| | |
|---|---|
| Evelyn Danforth-Scott | Lee Gelernt |
| Spencer Amdur | *Counsel of Record* |
| Noelle Smith | Daniel Galindo |
| Oscar Sarabia Roman | Ashley Gorski |
| My Khanh Ngo | Patrick Toomey |
| Cody Wofsy | Omar C. Jadwat |
| AMERICAN CIVIL LIBERTIES | Sidra Mahfooz |
|    UNION FOUNDATION | Hina Shamsi |
| 425 California Street, Suite 700 | AMERICAN CIVIL LIBERTIES |
| San Francisco, CA 94104 |    UNION FOUNDATION |
| | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | (212) 549-2500 |
| | lgelernt@aclu.org |

| | |
|---|---|
| Arthur B. Spitzer | Somil B. Trivedi |
| Scott Michelman | Bradley Girard |
| Aditi Shah | Michael Waldman |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA | Sarah Rich |
| | Skye Perryman |
| | Audrey Wiggins |
| | Christine L. Coogle |
| 529 14th Street, NW, Suite 722 | Pooja A. Boisture |
| Washington, D.C. 20045 | DEMOCRACY FORWARD |
| | P.O. Box 34553 |
| | Washington, DC 20043 |

*Counsel for Plaintiffs–Appellees*

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov

AUGUST FLENTJE
Special Counsel for Immigration

TIBERIUS T. DAVIS
Counsel to the Assistant Attorney General

ANTHONY NICASTRO
Acting Director
Office of Immigration Litigation

ERNESTO MOLINA
Deputy Director

*Counsel for Defendants–Appellants*

The parties submit this Joint Motion to Govern Future Proceedings as required by the Court's order of April 8, 2025. The parties agree that there is no further action for the Court to take in this matter, because the Supreme Court has vacated the district court's orders that were the subject of this appeal. *See Trump v. J.G.G.*, 145 S. Ct. 1003, 1006 (2025). Appellants accordingly plan to move to dismiss this appeal, with Appellees' consent.

                                                                                          Respectfully submitted,

| /s/ Drew C. Ensign | /s/ Lee Gelernt |
|---|---|
| DREW C. ENSIGN | Lee Gelernt |
| Deputy Assistant Attorney General | AMERICAN CIVIL LIBERTIES |
| 950 Pennsylvania Avenue |   UNION FOUNDATION |
| Washington, DC 20530 | 125 Broad Street, 18th Floor |
| (202) 514-2000 | New York, NY 10004 |
| drew.c.ensign@usdoj.gov | (212) 549-2500 |
| | lgelernt@aclu.org |

Dated: May 8, 2025