# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

J.G.G., *et al.*,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

*Defendants-Appellants.*
_____

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
No. 1:25-cv-00766
The Hon. James E. Boasberg

---

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

---

Pursuant to the Court's Order on April 17, 2025, Plaintiffs-Appellees certify as follows:

**A. Parties and *Amici***

**1. Parties, Intervenors and Amici Who Appeared in the District Court**

Petitioners-Plaintiffs are Liyanara Sanchez, as next friend on behalf of Frengel Reyes Mota; D.A.R.H., as next friend on behalf of Andry Jose Hernandez Romero; M.Z.V.V., as next friend on behalf of J.A.B.V.; M.Y.O.R., as next friend on behalf of M.A.O.R.; M.M.A.A., as next friend on behalf of G.A.A.A.; Dorys Mendoza, as next friend on behalf of M.R.M.; and T.C.I. Plaintiffs are J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V.

Respondents-Defendants are Donald J. Trump, President of the United States, in his official capacity; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. Immigration and Customs Enforcement; Marco Rubio, Secretary of State, in his official capacity; U.S. State Department; Pete Hegseth, Secretary of Defense, in his official capacity; and U.S. Department of Defense.[1]

The amici who appeared in the district court are Heidi Kitrosser, Mark J. Rozell, and Mitchel A. Sollenberger; John W. Keker, Robert A. Van Nest, Elliot R. Peters, and Laurie Carr Mims; and Coolidge-Reagan Foundation.

---

[1] By listing individuals as Respondents-Defendants and noting the associated titles in this Certificate, Plaintiffs-Appellees do not take any position on whether those individuals are or were lawfully serving in the respective offices.

## 2. Parties to This Appeal

Plaintiffs-Appellees are J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V.

Defendants-Appellants are Donald J. Trump, President of the United States, in his official capacity; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. Immigration and Customs Enforcement; Marco Rubio, Secretary of State, in his official capacity; and U.S. Department of State.[2]

The amicus who has appeared in this appeal is Landmark Legal Foundation.

Paul Dorsey has filed a motion for leave to intervene and unseal the Plaintiffs'-Appellees' full names.

## B. Ruling Under Review

In their notice of appeal, Defendants-Appellees state that they seek review of the district court's memorandum opinion and order entered on April 16, 2025 (ECF Nos. 80, 81), which directed the Defendants to file certain declaration(s) by April 23, 2025. An emergency motion to stay that order pending appeal was filed on

---

[2] By listing individuals as Defendants-Appellants and noting the associated titles in this Certificate, Plaintiffs-Appellees do not take any position on whether those individuals are or were lawfully serving in the respective offices.

April 18, and the order was administratively stayed on that day (per Katsas and Rao, JJ.; Pillard, J., dissenting). Plaintiffs-Appellees filed an opposition to the motion to stay on April 23, and Defendants-Appellants filed a reply on April 25. The motion to stay remains under advisement. Plaintiffs-Appellees also filed a motion to dismiss this appeal for lack of jurisdiction on April 23; Defendants-Appellants filed an opposition on April 25; and Plaintiffs-Appellees filed a reply on April 28. That motion also remains pending.

**C. Related Cases**

This case was previously before this Court on consolidated appeals from two temporary restraining orders issued by the district court under Case Nos. 25-5067 and 25-5068.

Counsel for Plaintiffs-Appellees are not aware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Dated: May 19, 2025				Respectfully Submitted,

						*/s/ Lee Gelernt*
						Lee Gelernt
						    *Counsel of Record*
Evelyn Danforth-Scott				Daniel Galindo
Spencer Amdur					Ashley Gorski
Noelle Smith					Patrick Toomey
Oscar Sarabia Roman				Sidra Mahfooz
My Khanh Ngo					Omar Jadwat
Cody Wofsy					Hina Shamsi
AMERICAN CIVIL LIBERTIES

4

UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770

Arthur B. Spitzer
Scott Michelman
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Somil B. Trivedi
Bradley Girard
Michael Waldman
Sarah Rich
Skye Perryman
Audrey Wiggins
Christine L. Coogle
Pooja A. Boisture
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I hereby certify that on May 19. 2025, I electronically filed the foregoing Certificate with the Clerk for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Lee Gelernt*
Lee Gelernt
May 19, 2025