**LEE GELERNT**
*DEPUTY DIRECTOR*
*IMMIGRANTS' RIGHTS PROJECT*



National Office
125 Broad Street, 18th Floor
New York NY 10014
p. (212) 549-2660
f. (332) 220-1702
lgelernt@aclu.org

*By CM/ECF*

June 25, 2025

Mr. Clifton Cislak
Clerk, U.S. Court of Appeals, District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW, Washington, DC 20001

**Re: Rule 28(j) Letter,** *J.G.G. v. Trump*, **No. 25-5124**

Dear Mr. Cislak:

    Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiffs–Appellees ("Plaintiffs") write to bring the Court's attention to the attached whistleblower complaint filed on June 24, 2025, by Mr. Erez Reuveni, formerly the Acting Deputy Director for the Office of Immigration Litigation of the Department of Justice. The complaint (at pages 7–15) contains a discussion of the government's conduct in this case and is relevant to core issues in this appeal. *See* Pls.' Mot. to Dismiss Appeal & Resp. in Opp. to Mot. for Stay Pending Appeal at 24–31.

Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt
American Civil Liberties Union
  Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org

*Counsel for Plaintiffs–Appellees*

cc (via CM/ECF):
All appellate counsel of record

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) and D.C. Circuit local rules because the body contains 94 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Lee Gelernt*
Lee Gelernt
American Civil Liberties Union
  Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org

*Counsel for Plaintiffs–Appellees*