# EXHIBIT A

**July 1, 2025 Addendum to June 24, 2025 Protected Whistleblower Disclosure of Mr. Erez Reuveni Submitted Pursuant to 5 U.S.C. § 2302 and 5 U.S.C. § 1213**

| EXHIBIT NUMBER | DESCRIPTION | PAGE NUMBER |
|---|---|---|
| 1 | March 15, 2025 Text messages between Mr. Reuveni and Flentje<br><br>*This text exchange in the context of the JGG hearing and the March 15 removal flights demonstrates that Flentje knew about Bove's "fuck you" comment and understood it to mean the DOJ might ignore a court order.* | Pages 1-2 |
| 2 | March 15-16, 2025 phone records of Mr. Reuveni<br><br>*Demonstrates multiple phone calls Mr. Reuveni had related to AEA litigation on March 15-16.* | Pages 3-8 |
| 3 | March 15, 2025 Emails between Mr. Reuveni and the AEA Litigation team<br><br>*These emails were referenced in the June 24, 2025 disclosure regarding Judge Boasberg's order to halt removals in JGG v. Trump. In this set Mr. Reuveni communicates the instruction of Judge Boasberg's order.* | Pages 9-13 |
| 4 | March 15, 2025 Emails between Mr. Reuveni and the AEA Litigation team<br><br>*These emails were referenced in the June 24, 2025 disclosure regarding Judge Boasberg's order to halt removals in JGG v. Trump. In this set of emails Mr. Reuveni asks for confirmation that the government is not in contempt of Judge Boasberg's order.* | Page 14- 22 |
| 5 | March 15-16, 2025 Emails between Mr. Reuveni and the AEA Litigation team<br><br>*These emails were referenced in the June 24, 2025 disclosure regarding Judge Boasberg's order to halt removals in JGG v. Trump. This set of emails demonstrates that Mr. Reuveni repeatedly asked for confirmation that the government was not in contempt of Judge Boasberg's order without response.* | Pages 23-25 |

| | | |
|---|---|---|
| 6 | March 16, 2025 Email from Yaakov Roth to Mr. Reuveni and Mr. Flentje<br><br>*Regarding principal associate deputy attorney general advising DHS that deplaning flights outside of US airspace prior to Judge Boasberg's minute order was permissible.* | Pages 26-27 |
| 7 | March 19, 2025 Text messages between Mr. Reuveni and Flentje<br><br>*This text exchange occurred in the context of filing a brief on March 19 asking to stay Judge Boasberg's March 18 minute order in* JGG v. Trump *and demonstrates reference to Bove's "fuck you" comment.* | Pages 28-29 |
| 8 | March 27, 2025 – April 2, 2025 Emails between Mr. Reuveni and others regarding the case of Mr. Abrego Garcia<br><br>*This email exchange demonstrates unsuccessful efforts to address the lack of evidence that Mr. Abrego Garcia was a member of MS-13.*<br><br>*P. 38 An email from James Percival states the following:*<br>*"Can we say the following?:*<br>*1. This guy is a leader of MS-13*<br>*2. His removal was due to a good faith administrative error*<br>*3. We do not believe he is in immediate danger*<br>*4. We are engaged in multiagency discussions*<br>*5. Any judicial intrusion is likely to make any subsequent*<br>*diplomatic discussions with El Sal less successful"* | Page 30-73 |
| 9 | April 1, 2025 Text messages between Mr. Reuveni and Flentje<br><br>*Messages demonstrate report Mr. Reuveni made to Flentje about the message Mr. Reuveni received from Roth that Bove was upset at Mr. Reuveni. The reason for Bove's displeasure was that Mr. Reuveni was contacting DOD, DHS, and DOS regarding the apparent violation of the injunction in* DVD v. DHS *in writing.* | Pages 74-75 |

| | | |
|---|---|---|
| 10 | April 2, 2025 Email with OIL attorneys and others regarding Plaintiff's allegations of violation of injunction in *DVD v. DHS*<br><br>*P. 77 April 4, 8:57 P.M. email from DHS Acting General Counsel Mazzara: "As to the operations referenced by Secretary Rubio, DHS was not involved in those operations."* | Pages 76-79 |
| 11 | April 5, 2025 Text messages between Mr. Reuveni and Flentje<br><br>*These messages were sent following Mr. Reuveni's placement on administrative leave after the April 4, 2025 hearing in the case of Mr. Abrego Garcia before Judge Xinis. The exchange demonstrates that Flentje was at the March 14 meeting during which Bove said the government might have to say "fuck you" to courts and that Flentje sees a connection between that meeting and Mr. Reuveni's placement on administrative leave*<br><br>*P. 81 Text from Flentje on April 5 at 2:46 P.M.: "I believe I told our host we would not violate a court order. I think there is definitely a through line from that meeting to where we are today."* | Pages 80-81 |
| 12 | April 5, 2025 10:36 A.M. Notice of Administrative Leave<br><br>*Email from Human Resources Director F. Michael Sena with attached letter from Deputy Attorney General Todd Blanche notifying Mr. Reuveni that he was being placed on administrative leave for, "failure to follow a directive from your superiors; failure to zealously advocate on behalf of the United States; and engaging in conduct prejudicial to your client."* | Pages 82-83 |
| 13 | April 11, 2025 3:57 P.M. Memorandum for Erez Reuveni<br><br>*Email from Human Resources Director F. Michael Sena with attached Official Notice of removal from* | Pages 84-85 |

| | | |
|---|---|---|
| | *position as supervisory trial attorney from the Deputy Attorney General Todd Blanche.* | |
| 14 | March 17, 2025 – April 5, 2025 phone records of Mr. Reuveni<br><br>*Supports June 24, 2025 disclosure by demonstrating phone calls referenced* | Pages 86-95 |

Exhibit 1

**3/15/25, 6:44 PM**

guess its find out time on the "fuck you"

Yup. It was good working with you.

the first el sal flight lands in an hour

so says flightaware

Well maybe they land and drop off all the title 8 people.

**3/16/25, 9:31 AM**

Check your email. Email from dhs

**3/16/25, 4:05 PM**

axios.com 

We are likely saved for today by the fact that Boasberg is on vacation.

Exhibit 2

**<u>Identity of Phone Numbers</u>**

████████ 7275 – Drew Ensign

██████ 9643 – August Flentje

████████ 5585 – ██████ (ACLU)

█████ 0091 – James McHenry or Paul Perkins

██████ 2689 – Jimmy Percival or Henry Whitaker

██████ 8942 – Henry Whitaker

██████ 2326 – Joseph Mazarra

██████ 7417 – ██████ (DOD)

████████████████████████████



PO BOX 489
NEWARK, NJ 07101-0489



**Billing period:** Feb 17 - Mar 16, 2025

**Questions about your bill?**
verizon.com/support
800-922-0204

## Ways to pay

 **My Verizon app**

You can check your bill easily with the My
Verizon app available in App Store or Google
Play.

 **Online**

Go to go.vzw.com/bill and sign in to review
your bill.

 **By phone**

Simply dial #PMT (#768) on your phone and
follow the instructions to pay.

 **Cash**

Go to www.verizon.com/stores to find a
Verizon Wireless store near you or find a
Check Free Pay or Western Union near you to
make a cash payment.

KEYLINE

EREZ REUVENI



(details on page 3)

If you don't pay the total charges due by the due date, you'll be charged 5% of the unpaid balance or $7,
whichever is greater, if allowed by law in the state of your billing address.

---



EREZ REUVENI

**Bill date**          March 16, 2025

**Total Amount Due**

Will be submitted to credit card on 04/02/25
DO NOT MAIL PAYMENT

**Please see back for instructions on writing to us.**

P.O. BOX 15062
ALBANY, NY 12212-5062

477914384001048139500100001000000959500000009595b

5




## Talk activity (cont.)

**Erez Reuveni**



| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | - |
| | | | | | | | | |
| | | | | | | | | |
| Mar 14 | 6:00 PM | 7275 | Bethesda, MD | New York, NY | 16 | -- | -- | -- |
| | | | | | | | | |
| Mar 15 | 8:17 AM | 7275 | Bethesda, MD | Incoming, CL | 12 | -- | -- | -- |
| Mar 15 | 9:09 AM | 7275 | Bethesda, MD | New York, NY | 1 | -- | -- | -- |
| Mar 15 | 9:12 AM | 7275 | Bethesda, MD | Incoming, CL | 3 | -- | -- | -- |
| Mar 15 | 9:17 AM | 5585 | Bethesda, MD | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| Mar 15 | 9:41 AM | 5585 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 9:47 AM | 7275 | Bethesda, MD | Incoming, CL | 6 | -- | -- | -- |
| Mar 15 | 9:52 AM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 10:27 AM | 7275 | Bethesda, MD | Incoming, CL | 8 | -- | -- | -- |
| Mar 15 | 10:35 AM | 9643 | Bethesda, MD | Washington, DC | 1 | -- | -- | -- |
| Mar 15 | 10:37 AM | 9643 | Bethesda, MD | Incoming, CL | 3 | -- | -- | -- |
| Mar 15 | 10:41 AM | 7275 | Bethesda, MD | Incoming, CL | 4 | -- | -- | -- |
| Mar 15 | 10:52 AM | 7275 | Bethesda, MD | New York, NY | 5 | -- | -- | -- |
| Mar 15 | 11:16 AM | 7275 | Bethesda, MD | Incoming, CL | 3 | -- | -- | -- |
| Mar 15 | 11:21 AM | 9643 | Bethesda, MD | Washington, DC | 2 | -- | -- | -- |
| Mar 15 | 11:23 AM | 7275 | Bethesda, MD | Incoming, CL | 7 | -- | -- | -- |
| Mar 15 | 11:29 AM | 9643 | Bethesda, MD | Washington, DC | 6 | -- | -- | -- |
| Mar 15 | 11:36 AM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |
| Mar 15 | 11:39 AM | 7275 | Bethesda, MD | Incoming, CL | 5 | -- | -- | -- |
| Mar 15 | 11:57 AM | 7275 | Bethesda, MD | Incoming, CL | 4 | -- | -- | -- |
| Mar 15 | 12:15 PM | 7275 | Bethesda, MD | Incoming, CL | 3 | -- | -- | -- |
| Mar 15 | 12:22 PM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 12:28 PM | 7275 | Bethesda, MD | Incoming, CL | 5 | -- | -- | -- |
| Mar 15 | 12:45 PM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 12:46 PM | 5585 | Bethesda, MD | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Mar 15 | 12:48 PM | 7275 | Bethesda, MD | New York, NY | 1 | -- | -- | -- |
| | | | | | | | | |





**Billing period:** Feb 17 - Mar 16, 2025

## Talk activity (cont.)

**Erez Reuveni**



| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Mar 15 | 1:02 PM | 9643 | Bethesda, MD | Washington, DC | 2 | -- | -- | -- |
| Mar 15 | 1:16 PM | 7275 | Bethesda, MD | Incoming, CL | 3 | -- | -- | -- |
| Mar 15 | 1:28 PM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 2:05 PM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 2:17 PM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |
| Mar 15 | 2:30 PM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |
| Mar 15 | 2:45 PM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 3:03 PM | 7275 | Bethesda, MD | Incoming, CL | 5 | -- | -- | -- |
| Mar 15 | 3:29 PM | 7275 | Bethesda, MD | Incoming, CL | 5 | -- | -- | -- |
| Mar 15 | 4:11 PM | 7275 | Bethesda, MD | Incoming, CL | 7 | -- | -- | -- |
| Mar 15 | 4:26 PM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |
| Mar 15 | 4:42 PM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |
| Mar 15 | 5:30 PM | 7275 | Bethesda, MD | Incoming, CL | 6 | -- | -- | -- |
| Mar 15 | 5:41 PM | 7275 | Bethesda, MD | Incoming, CL | 6 | -- | -- | -- |
| Mar 15 | 6:53 PM | 9643 | Bethesda, MD | Incoming, CL | 3 | -- | -- | -- |
| Mar 15 | 7:08 PM | 7275 | Bethesda, MD | Incoming, CL | 6 | -- | -- | -- |
| Mar 15 | 7:30 PM | 7275 | Rockville, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 7:59 PM | 7275 | Rockville, MD | Incoming, CL | 4 | -- | -- | -- |
| Mar 15 | 8:30 PM | 9643 | Bethesda, MD | Washington, DC | 5 | -- | -- | -- |
| Mar 15 | 8:43 PM | 7275 | Bethesda, MD | New York, NY | 1 | -- | -- | -- |
| Mar 15 | 8:46 PM | 7275 | Bethesda, MD | Incoming, CL | 6 | -- | -- | -- |
| Mar 15 | 8:52 PM | 9643 | Bethesda, MD | Washington, DC | 7 | -- | -- | -- |
| Mar 15 | 8:54 PM | 7275 | Bethesda, MD | Incoming, CL | 8 | -- | -- | -- |
| Mar 15 | 9:39 PM | 7275 | Bethesda, MD | Incoming, CL | 3 | -- | -- | -- |
| Mar 15 | 9:44 PM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |
| Mar 15 | 9:47 PM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |
| Mar 15 | 10:00 PM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |





# Talk activity (cont.)

**Erez Reuveni**



| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Mar 15 | 10:13 PM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 10:34 PM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |
| | | | | | | | | |
| Mar 15 | 10:50 PM | 7275 | Bethesda, MD | New York, NY | 4 | -- | -- | -- |
| | | | | | | | | |
| | | | | | | | | |
| Mar 15 | 11:57 PM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 15 | 11:57 PM | 7275 | Bethesda, MD | Incoming, CL | 3 | -- | -- | -- |
| Mar 16 | 12:00 AM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| Mar 16 | 12:00 AM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| | | | | | | | | |
| Mar 16 | 12:23 AM | 7275 | Bethesda, MD | Incoming, CL | 3 | -- | -- | -- |
| Mar 16 | 12:55 AM | 7275 | Bethesda, MD | Incoming, CL | 2 | -- | -- | -- |
| | | | | | | | | |
| | | | | | | | | |
| Mar 16 | 9:32 AM | 9643 | Bethesda, MD | Washington, DC | 5 | -- | -- | -- |
| Mar 16 | 9:33 AM | 2326 | Bethesda, MD | Wshngtnzn1, DC | 4 | -- | -- | -- |
| Mar 16 | 9:37 AM | 9643 | Bethesda, MD | Washington, DC | 5 | -- | -- | -- |
| Mar 16 | 10:30 AM | 7275 | Bethesda, MD | New York, NY | 1 | -- | -- | -- |
| Mar 16 | 10:32 AM | 7275 | Bethesda, MD | New York, NY | 2 | -- | -- | -- |
| Mar 16 | 11:24 AM | 7275 | Wheaton, MD | Incoming, CL | 15 | -- | -- | -- |
| | | | | | | | | |
| | | | | | | | | |
| Mar 16 | 2:53 PM | 7275 | Bethesda, MD | Incoming, CL | 1 | -- | -- | -- |
| | | | | | | | | |
| Mar 16 | 3:04 PM | 7275 | Bethesda, MD | New York, NY | 4 | -- | -- | -- |
| Mar 16 | 3:30 PM | 7275 | Bethesda, MD | Incoming, CL | 7 | -- | -- | -- |
| | | | | | | | | |
| | | | | | | | | |

Exhibit 3

| From: | Reuveni, Erez R. (CIV) |
| To: | ▓▓▓ ; ▓▓▓ (CIV) ; ▓▓▓ (CIV) ; ▓ ; ▓ ; ▓ ; ▓ ; ▓ ; ▓ (HQ) ; ▓▓▓ |
| Cc: | Flentje, August (CIV); ▓▓▓ (CIV) ; ▓▓▓ (CIV) ; ▓▓▓ (CIV) ; ▓▓▓ (CIV) ; ▓▓▓ (CIV) |
| Subject: | RE: AEA Litigation Team - case updates |
| Date: | Saturday, March 15, 2025 7:04:08 PM |

As we await the written order, clarifying our understanding of the injunction as clarified at the end. No one subject to AEA in our custody can be removed. And anyone in the air should be returned, unless they have a title 8 final order. Please confirm receipt and let us know what if anything is happening. Thank you.

**From:** Reuveni, Erez R. (CIV)
**Sent:** Saturday, March 15, 2025 6:48 PM



**To:** ▓▓▓ ; ▓▓▓ (CIV) ; ▓▓▓ (CIV) ; ▓▓▓ ; ▓▓▓ ; ▓▓▓ ; ▓▓▓ ; ▓▓▓ ; ▓▓▓ ; ▓▓▓ ; ▓▓▓ ; ▓▓▓ (HQ)
**Cc:** Flentje, August (CIV) ; ▓▓▓ (CIV) ; ▓▓▓ (CIV) ; ▓▓▓ (CIV) ; ▓▓▓ (CIV) ; ▓▓▓ (CIV)
**Subject:** RE: AEA Litigation Team - case updates

Sorry for all the emails. Last email: the judge specifically ordered us to not remove anyone in the class, and to return anyone in the air.

**From:** Reuveni, Erez R. (CIV)
**Sent:** Saturday, March 15, 2025 6:46 PM



**To:** ▓▓▓ @ice.dhs.gov>; ▓▓▓ @usdoj.gov>; ▓▓▓ @usdoj.gov>; ▓▓▓ @state.gov>; ▓▓▓ @state.gov>; ▓▓▓ @ice.dhs.gov>; ▓▓▓ @state.gov>; ▓▓▓ @state.gov>; ▓▓▓ @state.gov>; ▓▓▓ @state.gov>; ▓▓▓ @state.gov>; ▓▓▓ @ice.dhs.gov>; ▓▓▓ @ice.dhs.gov>; ▓▓▓ @HQ.DHS.GOV>; ▓▓▓ @HQ.DHS.GOV>; ▓▓▓ @hq.dhs.gov>
**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; ▓▓▓ @usdoj.gov>; ▓▓▓ @usdoj.gov>; ▓▓▓ @usdoj.gov>; ▓▓▓ @usdoj.gov>
**Subject:** RE: AEA Litigation Team - case updates

The class is "all noncitizens in US custody subject to the AEA" a minute order with more specifics will issue. Please confirm receipt of this email and let us know ASAP on the questions below concerning removals not yet effectuated, including those involving folks in the air.

**From:** Reuveni, Erez R. (CIV)
**Sent:** Saturday, March 15, 2025 6:44 PM
**To:** ▓▓▓ @ice.dhs.gov>; ▓▓▓

@usdoj.gov>;       @usdoj.gov>; ████
@state.gov>;    @state.gov>; ████
@ice.dhs.gov>; ████
@state.gov>;    @state.gov>; ████
@state.gov>;    @state.gov>; ████
@state.gov>;    @ice.dhs.gov>; ████
@ice.dhs.gov>;    @HQ.DHS.GOV>; ████
@HQ.DHS.GOV>;    @hq.dhs.gov>

**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov> ████
@usdoj.gov>;    @usdoj.gov>; ████
@usdoj.gov>;    @usdoj.gov>; ████
@usdoj.gov>

**Subject:** RE: AEA Litigation Team - case updates

**Importance:** High

The judge is presently issuing a class-wide TRO.

Can folks confirm for us if at the moment any individuals subject to the AEA are being staged for removal, or are presently in the air as part of removal (but not yet having landed and disembarked)?

**From:** Reuveni, Erez R. (CIV)
**Sent:** Saturday, March 15, 2025 6:14 PM
**To:** ████ @ice.dhs.gov>; ████
@usdoj.gov>;    @usdoj.gov>; ████
@state.gov>;    @state.gov>; ████
@ice.dhs.gov>; ████
@state.gov>;    @state.gov>; ████
@state.gov>;    @state.gov>; ████
@state.gov>;    @ice.dhs.gov>; ████
@ice.dhs.gov>;    @HQ.DHS.GOV>; ████
@HQ.DHS.GOV>;    @hq.dhs.gov>

**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov> ████
@usdoj.gov>;    @usdoj.gov>; ████
@usdoj.gov>;    @usdoj.gov>; ████
@usdoj.gov>

**Subject:** RE: AEA Litigation Team - case updates

Judge is certifying a nationwide class as we speak. It is likely a class-wide tro is imminent.

**From:** ████ @ice.dhs.gov>
**Sent:** Saturday, March 15, 2025 6:09 PM
**To:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; ████
@usdoj.gov>;    @usdoj.gov>; ████
@state.gov>;    @state.gov>; ████
@ice.dhs.gov>; ████
@state.gov>;    @state.gov>; ████
@state.gov>;    @state.gov>; ████
@state.gov>;    @ice.dhs.gov>; ████
@ice.dhs.gov>;    @HQ.DHS.GOV>; ████
@HQ.DHS.GOV>;    @hq.dhs.gov>

**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; ███████████████████
████████ @usdoj.gov>; ███████████████ @usdoj.gov>; ████████
████████ @usdoj.gov>; ███████████████ @usdoj.gov>; ████████
████████ @usdoj.gov>; ███████████████ @ice.dhs.gov>

**Subject:** [EXTERNAL] RE: AEA Litigation Team - case updates

Thanks. Sorry to nudge.

██████████████████████████
████████████████████
████████████████

U.S. Immigration and Customs Enforcement

██████████████████
████████████████
██████████

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Sent:** Saturday, March 15, 2025 6:08 PM
**To:** ████████████████ @ice.dhs.gov>; ██████████████████
████████ @usdoj.gov>; ███████████████████ @usdoj.gov>; ████████
████████ @state.gov>; ███████████████ @state.gov>; ████████████
████████████████ @ice.dhs.gov>; ██████████████
████████ @state.gov>; ███████████████ @state.gov>; ████████
████████ @state.gov>; ███████████████ @state.gov>; ████████
████████ @state.gov>; ███████████████ @ice.dhs.gov>; ████████
████████ @ice.dhs.gov>; ███████████████ @HQ.DHS.GOV>; ████████
████████ @HQ.DHS.GOV>; ███████████████ @hq.dhs.gov>

**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; ███████████
████████ @usdoj.gov>; ███████████████ @usdoj.gov>; ████████
████████ @usdoj.gov>; ███████████████ @usdoj.gov>; ████████
████████ @usdoj.gov>

**Subject:** RE: AEA Litigation Team - case updates

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

The hearing took a break to get further information and is back in session now. Update shortly.

**From:** ███████████████████████ @ice.dhs.gov>
**Sent:** Saturday, March 15, 2025 6:06 PM
**To:** ████████████████ @usdoj.gov>; ███████████████ @state.gov>; ████████
████████ @state.gov>; ████████████████████
████████ @ice.dhs.gov>; ███████████████ @state.gov>; ████████
████████ @state.gov>; ███████████████ @state.gov>; ███████████ @state.gov>;
████████ @state.gov>; ███████████████ @ice.dhs.gov>; ████████
████████ @ice.dhs.gov>; █████████████
████████ @HQ.DHS.GOV>; ███████████████ @HQ.DHS.GOV>; ████████

page number

12

█████████ @hq.dhs.gov>

**Cc:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; Flentje, August (CIV)
<August.Flentje@usdoj.gov>; ████████████████████ @usdoj.gov>; ████
████████████ @usdoj.gov>; ████████████ @usdoj.gov>; ████
████████████ @usdoj.gov>; ████████████
████████████ @usdoj.gov>; ████████████ @ice.dhs.gov>

**Subject:** [EXTERNAL] RE: AEA Litigation Team - case updates

Any word on the 5pm hearing?

████████████████

U.S. Immigration and Customs Enforcement

████████████

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or
law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please
notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information
contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for
INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

Exhibit 4



**From:** Reuveni, Erez R. (CIV)
**To:** ████████████; ████████; █████████ (CIV); ████████ (CIV); █████████; ████ ? ████ ? ████ ? ████ ? ████ ; ████████ ?
**Cc:** Flentje, August (CIV); █████████ (CIV); ████ (CIV); ████████ (CIV); ████████████; ████████ (CIV); ████ (CIV)
**Subject:** Re: AEA Litigation Team - case updates
**Date:** Saturday, March 15, 2025 7:27:25 PM

Here is the minute order.

**MINUTE ORDER: As discussed in today's hearing, the Court ORDERS that: 1) Plaintiffs' [4] Motion for Class Certification is GRANTED insofar as a class consisting of "All noncitizens in U.S. custody who are subject to the March 15, 2025, Presidential Proclamation entitled 'Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua' and its implementation" is provisionally certified; 2) The Government is ENJOINED from removing members of such class (not otherwise subject to removal) pursuant to the Proclamation for 14 days or until further Order of the Court; 3) The Government shall file any Motion to Vacate this TRO by March 17, 2025, with Plaintiffs' Opposition due by March 19, 2025; and 4) The hearing set for March 17, 2025, is VACATED and RESET for March 21, 2025, at 2:30 p.m. via Zoom. So ORDERED by Chief Judge James E. Boasberg on 3/15/2025. (lcjeb1)**

Sent from my iPhone

On Mar 15, 2025, at 7:18 PM, Reuveni, Erez R. (CIV) wrote:

 All plaintiffs have reached out about the flights. Please confirm asap no one lacking a title 8 final order will be taken off these planes when they land. We need to address this asap to avoid contempt. It in particular the flight landing in three minutes. Please advise.

- GXA flight 6143 does not appear to land until 7:20 pm eastern.
- GXA flight 6145 has about at least another hour in flight.
- GXA flight 6122 has not yet left Harlingen.
- 

Sent from my iPhone

On Mar 15, 2025, at 6:53 PM, Reuveni, Erez R. (CIV) wrote:

Thanks. And the two flights in the air?

**From:** ████████████

**Sent:** Saturday, March 15, 2025 6:53 PM
**To:** ██████████████ ; Reuveni, Erez R. (CIV) ; ████████████ (CIV) ;
██████████ (CIV) ; ████████████ ; ████████ ; ████
████████ ; ████████ ; ████████ ; ████
██████ ; ████████ ; ████████ ; ████
██████ ; ████████ ; ████ (HQ)
**Cc:** Flentje, August (CIV) ; ████████████ (CIV) ; ████████ (CIV) ;
██████████ (CIV) ; ████████████ (CIV) ; ████████ (CIV)
**Subject:** [EXTERNAL] RE: AEA Litigation Team - case updates

Just confirmed on the ground that the Title 50 folks on the third flight
are being pulled off.

Best,

██████████████████

████████████████████████████████

████████████████████

U.S. Immigration and Customs Enforcement

██████████████

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***

This communication and any attachments may contain confidential and/or sensitive
attorney/client privileged information or attorney work product and/or law
enforcement sensitive information. It is not for release, review, retransmission,
dissemination, or use by anyone other than the intended recipient. Please notify the
sender if this message has been misdirected and immediately destroy all originals and
copies. Any disclosure of this document or information contained therein must be
approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs
Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA
exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** ████████████████████████ @ice.dhs.gov>
**Sent:** Saturday, March 15, 2025 6:50 PM
**To:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; ██████████████████
██████████████ @usdoj.gov>; ████████████
██████████████ @usdoj.gov>; ████████
██████ @state.gov>; ████████████ @state.gov>;
████████████████████
██████ @ice.dhs.gov>; ████████ @state.gov>;
██████████ @state.gov>; ████
██████ @state.gov>; ████████ @state.gov>; ████
██████ @state.gov>; ████████
██████ @ice.dhs.gov>; ████████
██████ @ice.dhs.gov>; ████
██████ @HQ.DHS.GOV>; ████
██████ @HQ.DHS.GOV>; ████████
██████ @hq.dhs.gov>

**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; ██████████████

██████████████ @usdoj.gov>; ██████████████

██████████ @usdoj.gov>; ██████████

██████████ @usdoj.gov>; ██████████

██████████ @usdoj.gov>; ██████████

██████████ @usdoj.gov>; ██████████

██████████ @ice.dhs.gov>

**Subject:** RE: AEA Litigation Team - case updates

Two flights departed at about 5:15 and 5:45. They are still in the air.

██████████████

██████████████

U.S. Immigration and Customs Enforcement

██████████████

██████████████

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>

**Sent:** Saturday, March 15, 2025 6:48 PM

**To:** ██████████████ @ice.dhs.gov>; ██████████████

██████████████ @usdoj.gov>; ██████████████

██████████ @usdoj.gov>; ██████████

██████████ @state.gov>; ██████████ @state.gov>;

██████████████

██████████ @ice.dhs.gov>; ██████████ @state.gov>;

██████████ @state.gov>; ██████████

██████████ @state.gov>; ██████████ @state.gov>; ██████████

██████████ @state.gov>; ██████████

██████████ @ice.dhs.gov>; ██████████

██████████ @ice.dhs.gov>; ██████████

██████████ @HQ.DHS.GOV>; ██████████

██████████ @HQ.DHS.GOV>; ██████████

██████████ @hq.dhs.gov>

**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; ██████████████

██████████ @usdoj.gov>; ██████████

██████████ @usdoj.gov>; ██████████

██████████ @usdoj.gov>; ██████████

██████████ @usdoj.gov>; ██████████

█████████████ [@usdoj.gov](mailto:@usdoj.gov)>

**Subject:** RE: AEA Litigation Team - case updates

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Sorry for all the emails. Last email: the judge specifically ordered us to not remove anyone in the class, and to return anyone in the air.

**From:** Reuveni, Erez R. (CIV)
**Sent:** Saturday, March 15, 2025 6:46 PM
**To:** ████████████████████ [@ice.dhs.gov](mailto:@ice.dhs.gov)>; █████████
██████████ [@usdoj.gov](mailto:@usdoj.gov)>; ████████████
██████████ [@usdoj.gov](mailto:@usdoj.gov)>; ██████████
██████████ [@state.gov](mailto:@state.gov)>; ███████████ [@state.gov](mailto:@state.gov)>;
████████████████████████████
██████████ [@ice.dhs.gov](mailto:@ice.dhs.gov)>; ███████████ [@state.gov](mailto:@state.gov)>;
██████████ [@state.gov](mailto:@state.gov)>; ███████
██████████ [@state.gov](mailto:@state.gov)>; ███████████ [@state.gov](mailto:@state.gov)>; ██████
██████████ [@state.gov](mailto:@state.gov)>; ██████
██████████ [@ice.dhs.gov](mailto:@ice.dhs.gov)>; ████████
██████████ [@ice.dhs.gov](mailto:@ice.dhs.gov)>; ████████
██████████ [@HQ.DHS.GOV](mailto:@HQ.DHS.GOV)>; ██████
██████████ [@HQ.DHS.GOV](mailto:@HQ.DHS.GOV)>; ████
██████████ [@hq.dhs.gov](mailto:@hq.dhs.gov)>

**Cc:** Flentje, August (CIV) <[August.Flentje@usdoj.gov](mailto:August.Flentje@usdoj.gov)>; ████████████
██████████ [@usdoj.gov](mailto:@usdoj.gov)>; ███████████
██████████ [@usdoj.gov](mailto:@usdoj.gov)>; █████████
██████████ [@usdoj.gov](mailto:@usdoj.gov)>; ██████████
██████████ [@usdoj.gov](mailto:@usdoj.gov)>

**Subject:** RE: AEA Litigation Team - case updates

The class is "all noncitizens in US custody subject to the AEA" a minute order with more specifics will issue. Please confirm receipt of this email and let us know ASAP on the questions below concerning removals not yet effectuated, including those involving folks in the air.

**From:** Reuveni, Erez R. (CIV)
**Sent:** Saturday, March 15, 2025 6:44 PM
**To:** █████████████████████ [@ice.dhs.gov](mailto:@ice.dhs.gov)>; ██████
██████████ [@usdoj.gov](mailto:@usdoj.gov)>; █████████████
██████████ [@usdoj.gov](mailto:@usdoj.gov)>; ███████
██████████ [@state.gov](mailto:@state.gov)>; ███████████ [@state.gov](mailto:@state.gov)>;
████████████████████████████
██████████ [@ice.dhs.gov](mailto:@ice.dhs.gov)>; ███████████ [@state.gov](mailto:@state.gov)>;

@state.gov;

@state.gov; @state.gov;

@state.gov;

@ice.dhs.gov;

@ice.dhs.gov;

@HQ.DHS.GOV;

@HQ.DHS.GOV;

@hq.dhs.gov

**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>;

@usdoj.gov;

@usdoj.gov;

@usdoj.gov;

@usdoj.gov

**Subject:** RE: AEA Litigation Team - case updates

**Importance:** High

The judge is presently issuing a class-wide TRO.

Can folks confirm for us if at the moment any individuals subject to the AEA are being staged for removal, or are presently in the air as part of removal (but not yet having landed and disembarked)?

**From:** Reuveni, Erez R. (CIV)
**Sent:** Saturday, March 15, 2025 6:14 PM
**To:** @ice.dhs.gov;

@usdoj.gov;

@usdoj.gov;

@state.gov; @state.gov;

@ice.dhs.gov; @state.gov;

@state.gov;

@state.gov; @state.gov;

@state.gov;

@ice.dhs.gov;

@ice.dhs.gov;

@HQ.DHS.GOV;

@HQ.DHS.GOV;

@hq.dhs.gov

**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>;

@usdoj.gov;

@usdoj.gov;

@usdoj.gov;

@usdoj.gov

**Subject:** RE: AEA Litigation Team - case updates

Judge is certifying a nationwide class as we speak. It is likely a class-wide tro is imminent.

**From:** ████████████████████████ @ice.dhs.gov>
**Sent:** Saturday, March 15, 2025 6:09 PM
**To:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; ████████████
████████ @usdoj.gov>; ████████████
████████ @usdoj.gov>;
████████ @state.gov>; ████████ @state.gov>;
████████████████████████████████
████████ @ice.dhs.gov>; ████████ @state.gov>;
████████ @state.gov>;
████████ @state.gov>; ████████ @state.gov>; ████
████████ @state.gov>;
████████ @ice.dhs.gov>;
████████ @ice.dhs.gov>;
████████ @HQ.DHS.GOV>;
████████ @HQ.DHS.GOV>;
████████ @hq.dhs.gov>
**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; ████████
████████ @usdoj.gov>;
████████ @usdoj.gov>;
████████ @usdoj.gov>;
████████ @usdoj.gov>;
████████ @ice.dhs.gov>
**Subject:** [EXTERNAL] RE: AEA Litigation Team - case updates

Thanks. Sorry to nudge.

████████████████
████████████████████
████████████████████████

U.S. Immigration and Customs Enforcement

████████████████
████████████
████████████

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client
privileged information or attorney work product and/or law enforcement sensitive information. It is not for
release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please
notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any
disclosure of this document or information contained therein must be approved by the Office of the Principal
Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE
ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Sent:** Saturday, March 15, 2025 6:08 PM
**To:** ████████████████████ @ice.dhs.gov>; ████████████



@usdoj.gov>; ██████████████

██████████ @usdoj.gov>; █████████

██████ @state.gov>; ████████ @state.gov>;

████ @ice.dhs.gov>; ████████ @state.gov>;

████████ @state.gov>; ███████

██████ @state.gov>; ████████ @state.gov>; ████

████████ @state.gov>; ██████████

████████ @ice.dhs.gov>; ████████

██████ @ice.dhs.gov>; ████████

██████ @HQ.DHS.GOV>; ██████

██████ @HQ.DHS.GOV>; █████████

████████ @hq.dhs.gov>

**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; ██████████████

██████████ @usdoj.gov>; ██████████████

████████ @usdoj.gov>; ██████████

████████ @usdoj.gov>; ████████████

████████ @usdoj.gov>

**Subject:** RE: AEA Litigation Team - case updates

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

The hearing took a break to get further information and is back in session now. Update shortly.

**From:** ██████████████████████ @ice.dhs.gov>

**Sent:** Saturday, March 15, 2025 6:06 PM

**To:** ██████████████████ @usdoj.gov>; ██████████

██████████ @usdoj.gov>; █████████

██████ @state.gov>; ████████ @state.gov>;

████ @ice.dhs.gov>; ████████ @state.gov>;

████████ @state.gov>; ███████

██████ @state.gov>; ████████ @state.gov>; ████

████████ @state.gov>; ██████████

████████ @ice.dhs.gov>; ████████

██████ @ice.dhs.gov>; ████████

██████ @HQ.DHS.GOV>; ██████

██████ @HQ.DHS.GOV>; █████████

████████ @hq.dhs.gov>

**Cc:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; ██████████

██████████ @usdoj.gov>;

████████████████████ @usdoj.gov>; ████████████████████

████████████████████ @usdoj.gov>; ████████████████████████████

████████████████████ @usdoj.gov>; ████████████████████████████

████████████████████ @usdoj.gov>; ████████████████████

████████████████████ @ice.dhs.gov>

**Subject:** [EXTERNAL] RE: AEA Litigation Team - case updates

Any word on the 5pm hearing?

████████████████████

████████████████████

████████████████████████

U.S. Immigration and Customs Enforcement

████████████████████

████████████████████████

████████████████

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5). (b)(7).

Exhibit 5



**From:** Reuveni, Erez R. (CIV)
**To:** ████████ ; ████████ (CIV); ████████ (CIV); ████████ ;
████████ ; ████████ ; ████████ ; ████████ ;
**Cc:** Flentje, August (CIV); ████████ (CIV); ████████ (CIV); ████████ (CIV); ████████ ;
████████ (CIV); ████████ (CIV)
**Subject:** RE: AEA Litigation Team - case updates
**Date:** Sunday, March 16, 2025 8:07:23 AM
**Importance:** High

Good morning everyone. Thanks everyone for being on deck last night for the filings. We really appreciate the assist.

In the meantime, following up on several different emails including the below and merging into one place. Can we please get an update on the status of compliance with the injunction, consistent with the earlier emails and guidance from us below? Specifically, can you confirm the status of the three flights referenced below, and the status of the individuals that are on each of the flights? As a reminder our advice here on injunction compliance was to not deplane anyone from these planes who is subject to an AEA removal, although it was permissible to deplane individuals with Title 8 orders, and otherwise return those individuals to the United States. We need to confirm quickly status so we can update the court if necessary.

Relatedly, to the extent conversations on these issues are occurring at a higher level within your leadership and ours, can you please confirm that?

Many thanks,
Erez

---

**From:** Reuveni, Erez R. (CIV)
**Sent:** Saturday, March 15, 2025 7:18 PM
**To:** ████████ @ice.dhs.gov>; ████████
████████ @ice.dhs.gov>; ████████ @usdoj.gov>; ████████
████████ @usdoj.gov>; ████████ @state.gov>; ████████
████████ @state.gov>;
████████ @ice.dhs.gov>; ████████ @state.gov>;
████████ @state.gov>; ████████ @state.gov>; ████████ @state.gov>;
████████ @state.gov>; ████████ @ice.dhs.gov>; ████████
████████ @hq.dhs.gov>; ████████ @hq.dhs.gov>; ████████
████████ @hq.dhs.gov>
**Cc:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; ████████
████████ @usdoj.gov>; ████████ @usdoj.gov>; ████████
████████ @usdoj.gov>; ████████ @usdoj.gov>; ████████
████████ @usdoj.gov>
**Subject:** Re: AEA Litigation Team - case updates

All plaintiffs have reached out about the flights. Please confirm asap no one lacking a title 8

final order will be taken off these planes when they land. We need to address this asap to avoid contempt.  It in particular the flight landing in three minutes. Please advise.

- GXA flight 6143 does not appear to land until 7:20 pm eastern.

- GXA flight 6145 has about at least another hour in flight.

- GXA flight 6122 has not yet left Harlingen.
-

Sent from my iPhone

> On Mar 15, 2025, at 6:53 PM, Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov> wrote:
>
> Thanks. And the two flights in the air?

Exhibit 6

Hi. Does this get us comfortable with the notice as drafted earlier with the addition of the removed from US airspace line?   Drew will be the slash s and make the ECF filing even

Begin forwarded message:

> **From:** "Roth, Yaakov M (CIV)" <Yaakov.M.Roth@usdoj.gov>
> **Date:** March 16, 2025 at 2:26:48 PM EDT
> **To:** "Flentje, August (CIV)" <August.Flentje@usdoj.gov>
> **Cc:** "Reuveni, Erez R. (CIV)" <Erez.R.Reuveni@usdoj.gov>, "Ensign, Drew C (CIV)" <Drew.C.Ensign@usdoj.gov>
> **Subject: Advice to DHS**
>
>
> I have been told by ODAG that the principal associate deputy attorney general advised DHS last night that the deplaning of the flights that had departed US airspace prior the court's minute order was permissible under the law and the court's order.
>
>
> Sent from my iPhone

27

Exhibit 7

At this point why dont we just submit an emoji of a middle finger as our filing

a picayune middle finger

So stupid.

29

Exhibit 11

You were at a certain meeting too

I believe I told our host we would not violate a court order. I think there is definitely a through line from that meeting to where we are *today*.

81