# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5124**                      **September Term, 2024**

1:25-cv-00766-JEB

**Filed On:** July 21, 2025

J.G.G., et al.,

         Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

         Appellants


         **BEFORE:**     Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

In the order under review, the district court required the appellants either to identify the individuals who made the decision not to halt the transfer of detainees out of U.S. custody on March 15 and 16, 2025, or to file a declaration explaining the steps the appellants have taken or will take to provide the plaintiff class members the opportunity to challenge their removability through a habeas proceeding. The appellants sought this Court's intervention based, in part, on their view that the order impermissibly pressured the appellants to engage in diplomacy with El Salvador. In Case No. 25-5217, J.G.G. v. Trump, the appellants informed this Court that on July 18, 2025, El Salvador transferred the class members to Venezuela, which has made certain assurances to the U.S. government. It is therefore

**ORDERED**, on the court's own motion, that the appellants file a supplemental brief, not exceeding 2,500 words, by July 23, 2025, addressing whether and how these factual developments affect their position in this case. It is

**FURTHER ORDERED,** on the court's own motion, that the appellees file a response to the supplemental brief, not exceeding 2,500 words, by July 28, 2025. It is

**FURTHER ORDERED**, on the court's own motion, that the appellants file by July 23, 2025, a response to appellees' July 17, 2025, motion to supplement the record on appeal or alternatively remand for further factfinding. Any reply is due by July 28, 2025.

**Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk