# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5124**                      **September Term, 2024**

1:25-cv-00766-JEB

**Filed On:** July 24, 2025

J.G.G., et al.,

       Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

       Appellants

    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

    Upon consideration of Paul Dorsey's motion to intervene and unseal certain names, it is

    **ORDERED**, on the court's own motion, that the parties file responses to the motion by August 22, 2025. Any reply is due by September 5, 2025.

### Per Curiam

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

            BY:    /s/
                          Selena R. Gancasz
                          Deputy Clerk