# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 25-5124**  September Term, 2024

1:25-cv-00766-JEB

**Filed On:** August 8, 2025

J.G.G., et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

    Appellants

**BEFORE:** Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal or, in the alternative, a writ of mandamus, the opposition thereto, and the reply; the motion to dismiss the appeal, the opposition thereto, and the reply; the Rule 28(j) letter and the response thereto; the motion to supplement the record on appeal or alternatively remand for further fact finding, the opposition thereto, and the reply; the supplemental brief and the response thereto; and the corrected motion to participate as amicus curiae and the lodged amicus brief, it is

**ORDERED** that the corrected motion to participate as amicus curiae be granted. The Clerk is directed to file the lodged amicus brief. It is

**FURTHER ORDERED** that the motion to supplement the record on appeal be granted and that the alternative motion to remand for further fact finding be denied. It is

**FURTHER ORDERED** that the motion to dismiss the appeal be granted and that the petition for a writ of mandamus be granted and the district court's contempt-related order entered on April 16, 2025, be vacated, in accordance with the per curiam opinion filed herein this date.[*] Separate concurring opinions of Circuit Judge Katsas and Circuit Judge Rao and the dissenting opinion of Circuit Judge Pillard accompany the per curiam opinion.

---

[*] Circuit Judge Pillard dissents from the order granting mandamus and vacating the district court's order.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**                                                   **September Term, 2024**

The grant of mandamus relief will become effective and the administrative stay entered on April 18, 2025, will dissolve 21 days after issuance of this order.  See D.C. Cir. Rule 41(a)(3).  It is

**FURTHER ORDERED** that the emergency motion for a stay pending appeal be dismissed as moot.

The Clerk is directed to withhold issuance of the appeal-related mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                            BY:    /s/
                                          Daniel J. Reidy
                                          Deputy Clerk