# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5124** | **September Term, 2024** |
| | 1:25-cv-00766-JEB |
| | **Filed On:** August 29, 2025 |

J.G.G., et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

    Appellants

    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion to exceed the word limit for the reply in support of the motion to intervene and unseal names, it is

**ORDERED** that the motion be denied.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
            Selena R. Gancasz
            Deputy Clerk