# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**  September Term, 2024

1:25-cv-00766-JEB

**Filed On:** August 29, 2025

J.G.G., et al.,

    Appellees

  v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

    Appellants

## O R D E R

Upon consideration of appellees' petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that appellants file a response to the petition by Monday, September 8, 2025. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Selena R. Gancasz
Deputy Clerk