No. 25-5124
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

J.G.G., *et al.*,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants-Appellants.
_____

On Appeal from the United States District Court
For the District of Columbia
The Honorable Judge James E. Boasberg
No. 1:25-cv-00766
_____

DEFENDANTS-APPELLANTS' MOTION FOR
SEVEN-DAY EXTENSION OF TIME IN WHICH TO RESPOND
TO PLAINTIFF-APPELLEES' PETITION FOR REHEARING EN BANC

Pursuant to Fed. R. App. P. 26 & 27, Defendants-Appellants respectfully request that this Court grant a 7-day extension, from September 8, 2025, to September 15, 2025, within which to file the court-ordered response to Plaintiffs-Appellees' petition for rehearing en banc. Good cause exists for granting this motion, as discussed in the declaration. No prior extension of time for this purpose

1

has been requested. We reached out to Plaintiffs-Appellees on August 31, 2025 and Plaintiffs-Appellees have not yet indicated whether they are opposed to the requested relief. We note that Plaintiffs-Appellees filed their petition twenty days after this Court issued its opinion, and the requested extension would give the government a shorter period (18 days) to respond.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

/s/ *August E. Flentje*
AUGUST E. FLENTJE
Senior Counsel
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 514-3309

September 1, 2025                    Attorneys for Defendants-Appellants

# DECLARATION

I, AUGUST E. FLENTJE, declare:

1. I am a Special Counsel for Immigration with the Civil Division, U.S. Department of Justice, Washington, D.C.

2. On August 8, 2025, the Court filed its decision in this matter. On August 28, 2025, Plaintiffs-Appellees filed a petition for rehearing en banc. On August 29, 2025, the court ordered that Defendants-Appellants file a response by September 8, 2025.

3. No prior extension has been sought. Good cause exists for granting the motion for a seven-day extension of time. The court's decision includes three separate opinions comprising 110 pages, and an extension of time would permit the various components of the Department of Justice and the Department of Homeland Security time to review this Court's decision and the Petition and prepare an appropriate response that would best aid the Court.

4. On August 31, 2025, our attorneys emailed Plaintiffs-Appellees' counsel, who at the time of filing had not yet responded to our inquiry regarding the 7-day extension of time.

5. For the foregoing reasons, an extension of 7 days, to and including September 15, 2025, in which to file a response to the petition for rehearing is appropriate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of September 2025.

    /s/ *August E. Flentje*
    AUGUST E. FLENTJE
    Special Counsel for Immigration
    Civil Division

# **CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this document contains 117 words (excluding excepted matter) in a proportionally spaced typeface using Microsoft Office Word in size 14-point Times New Roman font.

/s *August E. Flentje*
AUGUST E. FLENTJE
Special Counsel for Immigration
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 514-3309

Dated:  September 1, 2025          August.Flentje@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia by using the appellate CM/ECF system. Plaintiffs-Appellees' attorneys are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *August E. Flentje*
AUGUST E. FLENTJE
Special Counsel for Immigration
Civil Division
United States Department of Justice