# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 25-5124** | **September Term, 2025** |
| | 1:25-cv-00766-JEB |
| | Filed On: September 3, 2025 |

J.G.G., et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

    **BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellants' motion for extension of time to respond to the petition for rehearing en banc, it is

**ORDERED** that the motion be granted. The response is now due by September 15, 2025.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                            Selena R. Gancasz
                            Deputy Clerk