# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**                           **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On:** October 3, 2025

J.G.G., et al.,

      Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

      **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion to intervene and unseal full names, the responses thereto, and the reply, it is

**ORDERED** that the motion be denied. Assuming that intervention is required to seek unsealing in this court under D.C. Circuit Rule 47.1(c) and that the movant meets the standards for intervention, he has not shown that unsealing the relevant names is warranted in the circumstances presented here. See, e.g., In re: Sealed Case, 971 F.3d 324 (D.C. Cir. 2020).

**Per Curiam**

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                               BY:    /s/
                                                Selena R. Gancasz
                                                Deputy Clerk