# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**　　　　　　　　　　　　　　　**September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On: November 24, 2025** [2146805]

J.G.G., et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

## M A N D A T E

    In accordance with the order of August 8, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
Michael C. McGrail
Deputy Clerk

Link to the order filed August 8, 2025